1158

No. 11–593.  TI PNEUMOTIVE, INC., AKA THOMAS INDUSTRIES *v.* YASUNAGA CORP.  Ct. App. La., 2d Cir.  Certiorari denied.

No. 11–595.  LIFE PARTNERS, INC., ET AL. *v.* UNITED STATES. C. A. 5th Cir.  Certiorari denied.

No. 11–618.  CITY OF NEWKIRK, OKLAHOMA, ET AL. *v.* KAY ELECTRIC COOPERATIVE ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 11–620.  FORSYTH MEMORIAL HOSPITAL, INC., ET AL. *v.* SEBELIUS, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. D. C. Cir.  Certiorari denied.

No. 11–624.  HEGYI *v.* WASHINGTON STATE DEPARTMENT OF TRANSPORTATION.  Sup. Ct. Wash.  Certiorari denied.

No. 11–631.  WESSMAN ET AL. *v.* CITY OF MANKATO, MINNESOTA.  Ct. App. Minn.  Certiorari denied.

No. 11–633.  ANDERSON *v.* JPMORGAN CHASE & CO. ET AL. C. A. 11th Cir.  Certiorari denied.

No. 11–635.  UJKA ET AL. *v.* HOLDER, ATTORNEY GENERAL. C. A. 11th Cir.  Certiorari denied.

No. 11–665.  HIRSCHFIELD *v.* CALIFORNIA ET AL.  Ct. App. Cal., 3d App. Dist.  Certiorari denied.

No. 11–669.  BREEDEN *v.* NOVARTIS PHARMACEUTICALS CORP. C. A. D. C. Cir.  Certiorari denied.

